UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12137
    ALVIN T LOWE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-3712


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/07/2007 and was confirmed 01/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.00%.

      The case was converted to chapter 7 after confirmation 08/06/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKE | CURRENT MORTG | .00 | .00 | .00 |
| TAYLOR BEAN & WHITAKE | MORTGAGE ARRE | 940.70 | .00 | 940.70 |
| CORPORATE AMER FAM CU | SECURED NOT I | 644.12 | .00 | 644.12 |
| CORPORATE AMER FAM CU | UNSECURED | 14136.35 | .00 | 304.37 |
| US CELLULAR CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERISTAR FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO BOARD UP SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3693.33 | .00 | 67.76 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 705.60 | .00 | 94.08 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| EQUINOX | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| FINANICAL RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| MAXWELL & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| MERCY PHYSICIAN BILLING | UNSECURED | NOT FILED | .00 | .00 |
| MID OPER ENG | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL FINANCIAL SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1359.97 | .00 | 29.28 |
| PLATINUM CAPITAL INVES | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| UDS | UNSECURED | NOT FILED | .00 | .00 |

```
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00              .00
AMERISTAR FINANCIAL        NOTICE ONLY    NOT FILED              .00              .00
TAYLOR BEAN AND WHITAKER   NOTICE ONLY    NOT FILED              .00              .00
TAYLOR BEAN AND WHITAKER   NOTICE ONLY    NOT FILED              .00              .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY     3,088.00                         3,088.00
TOM VAUGHN                 TRUSTEE                                            399.58
DEBTOR REFUND              REFUND                                             12.79
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    5,580.68

PRIORITY                                           .00
SECURED                                       1,678.90
UNSECURED                                       401.41
ADMINISTRATIVE                                3,088.00
TRUSTEE COMPENSATION                            399.58
DEBTOR REFUND                                    12.79
                        ---------------    ---------------
TOTALS                     5,580.68            5,580.68
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
    Dated: 11/20/08       _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE